# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOHAMMED AHMED,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| Commissioner of Social Security, | : | 20-5399 |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on September 10, 2021, upon consideration of Plaintiff Mohammed Ahmed's Brief in Support of his Request for Review, the Commissioner's Response, and Plaintiff's Reply, it is ORDERED:

1. Plaintiff's Request for Review (doc. 16) is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE